# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joy Duncan ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                3:12-cv-10

Duke Energy ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2012 Order.

                                                Signed: January 18, 2012

                                                *[signature: Frank G. Johns]*

                                                Frank G. Johns, Clerk
                                                United States District Court